**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-06T **DATE:** June 24, 2005
**TITLE OF CASE:** USA v. Ranlec Javier

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Angela Reynolds**
**COURT INTERPRETER:** **Jose Kleinberg**

---

**COUNSEL PRESENT**

Government: Zechariah Chafee, AUSA

Defendant: Damon D'Ambrosio, Esquire

---

**PROCEEDINGS:** **Hearing on Competency Report**

June 24, 2005: All counsel of record present. Defendant is present. Court Addresses. No objections entered as to the Competency Report or its recommendations. Court finds the defendant competent and places on the July trial calendar.

Adjourned.