UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR. NO.: 05-006T |
| | : | |
| RANLEC JAVIER | : | |
| | : | |

**DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL EMPANELLMENT**

NOW COMES the defendant, Ranlec V. Javier, by and through counsel, and herewith moves this Honorable Court to continue empanelment in this matter presently scheduled for the 19th day of July, 2005, for a period of two (2) weeks after or as soon thereafter as this Honorable Court may deem just, proper and meet. As grounds therefor, the defendant is charged with one count of allegedly violating 8 USC. Section 1326, and seeks to suffer a significant enhancement of his criminal history category as a result of one or more criminal convictions having entered in the Providence County Superior Court.

Those convictions are presently pending before Magistrate Keough, who had indicated that a decision regarding the viability for the defendant's applications for post-conviction relief would be determined on the 11th day of July, 2005, one day prior to the due date for the entry of a plea agreement pursuant to this Honorable Court's Pre-Trial Scheduling Order of June 23, 2005. On July 11, 2005, Magistrate Keough deferred ruling and now indicated a ruling on the defendant's applications for post-conviction relief, which attacked both the viability of the conviction and sentence imposed as erroneous as a matter of law, would be made on the 25th day of July, 2005. It is

imperative that a definitive determination be reached by the Superior Court as to the actual legal viability of any conviction, which could be used for an enhancement, on or prior to the date due for a plead.

Both the defendant and counsel had anticipated a ruling on or by July 11, 2005, but when that ruling was not forthcoming the instant motion followed accordingly.

WHEREFORE, for all the foregoing reasons, the defendant Ranlec V. Javier prays this Honorable Court for an order continuing trial empanelment herein, for a period of two weeks to enable a resolution to be forthcoming as to the legal viability of the convictions which seek to sustain any enhancement sought by the government herein.

Any delay attendant from the request contained by the within motion should be excluded in computing the time within which the trial in the above-captioned case shall be commenced. 18 U.S.C. Section 3161 (h)(1)(D).

The ends of justice are served by granting the defendant's within Request for Continuance and the same outweigh the best interest of the public and the defendant in a speedy trial. 18 USC. Section 3161 (h)(8)(A).

Defendant,
RANLEC JAVIER
By his Attorney,

Damon M. D'Ambrosio, Esq.
R.I. Reg. No.: 3581
1845 Smith Street
North Providence, RI 02911
Tel: (401) 231-7020
Fax: (401) 231-7441

**CERTIFICATION**

I hereby certify that on this the 13th day of July, 2005, I served a true and correct copy of the within Motion upon Zechariah Chafee, Esquire (AUSA) Office of the United States Attorney, 50 Fleet Center, Providence, RI 02903, by hand-delivery.

Javier.Motion.Cont.Trial.Empanel.doc