**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-06-01T** **DATE**: September 13, 2005
**TITLE OF CASE:** USA v. Ranlec V. Javier

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **Ana-Cecilia Rosado**
**PROBATION:** **N/A**

---

**COUNSEL PRESENT**

Government: Zechariah Chafee, AUSA

Defendant: Damon D'Ambrosio

---

**PROCEEDINGS:** **Change of Plea Hearing**

All counsel of record present. Defendant present. Court addresses. Government summarizes charge, elements of proof, maximum potential penalties and terms of plea agreement. Defendant sworn. Court questions defendant. Government summarizes facts it would prove at trial. Court find that defendant is competent and able to enter an informed plea. Court finds that plea is made voluntarily and of defendant's own free will. Court accepts defendant's plea of guilty and finds the defendant guilty as to count 1 of the indictment. Sentencing scheduled for Friday, December 16, 2005 at 9:30 a.m.