UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CR. NO.: 05-006T
:
RANLEC JAVIER :
:

**DEFENDANT'S MOTION TO EXTEND OR ENLARGE**

NOW COMES, the defendant, RANLEC JAVIER, by and through counsel and mores this Honorable Court, for an Order, extending and/or enlarging that period of time for the filing of the defendant's Objections to the Pre-Sentence Report to the 29th day of November, 2005. \

As grounds therefor, the undersigned counsel for the defendant states that the same had been erroneously omitted from his docketing deadlines in his diary. Further, that no prejudice entails to the government as a result of the request for an enlargement herein. That counsel for the defendant had spoken with Kristen Ann Mattias, United States Probation Office, and indicated to her that any objections or other relief to the be sought by the defendant as a consequence of the Pre-Sentence Investigation Report, and its review, would be filed on or by the 29th day of November, 2005 and, that officer indicated there was no objection thereto.

WHEREFORE, for all the foregoing reasons, the defendant, respectfully prays this Honorable Court to extend and/or enlarge the time for the filing of the defendant's objection to the Pre-Sentence Report and the defendant's Motion for a downward departure to the 29th day of November, 2005 and permit the entering of such pleadings and/or documentation as pertains hereto to enter, *nunc pro tunc*.

Defendant,
RANLEC JAVIER
By his Attorney,

Damon M. D'Ambrosio, Esq.
R.I. Reg. No.: 3581
160 Plainfield Street
Providence, RI 02909
Tel: (401) 709-4651

## CERTIFICATION

I hereby certify that on this the 29 day of November, 2005, I served a true and correct copy of the within Motion upon Zechariah Chafee, Esquire (AUSA) Office of the United States Attorney 50 Fleet Center, Eighth Floor, Providence, RI 02903 and upon Ms. Kristin Ann Mattias, U.S. Probation Officer of the United States Probation Office Two Exchange Terrace, 3rd Floor, Providence, RI 02903 by hand-delivery on the foregoing date.

Objection to Pre-Sent Report Javier.doc

GRANTED

Ernest C. Torres
Chief, US District Judge
12/7/05