UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CR.NO. 05-006T
:
RANLEC JAVIER :

GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION
FOR A DOWNWARD DEPARTURE

Comes now the United States of America and Objects to Defendant's Motion For a Downward Departure for reasons set forth in accompanying memorandum.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2005 a copy of the within Government's Objection to Defendant's Motion for a Downward Departure was faxed to Damon M. D'Ambrosio, Esq. at (401)709-4498.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CR.NO. 05-006T
:
RANLEC JAVIER :

GOVERNMENT'S MEMORANDUM IN SUPPORT
OF IT'S OBJECTION TO DEFENDANT'S MOTION
FOR A DOWNWARD DEPARTURE

Defendant is an habitual criminal. He has been twice convicted for narcotic trafficking felonies here in Rhode Island. He also assaulted a police officer with punches, kicks, and bites when the officer caught up to him after a high speed chase through red lights and in the wrong travel lane. He has five criminal history points under the guidelines. However defendant now argues that his mental and emotional condition led him to return to the United States from the Dominican Republic after deportation. That is not a crime of emotional impulse; it took considerable forethought and planning.

The guidelines (§ 5H1.3) state that mental and emotional conditions are not ordinarily relevant in determining whether a departure is warranted except as provided in § 5K2 (Other grounds for Departure). § 5K2.0(c) says that a conviction with two or more offender characteristics, none of which would independently support a departure, may be grounds for such, if the case is an exceptional one and the characteristic is present to a substantial degree and is identified in the guidelines as a

permissible grounds for departure.

This description fits only extraordinarily unusual cases. Defendant's situation does not have more than one element and is in fact not especially unusual. He does not come close to having given the court grounds for a discretionary downward departure.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December 16, 2005 a copy of the within Government's Memorandum in Support of It's Objection to Defendant's Motion for a Downward Departure was faxed to Damon M. D'Ambrosio, Esq. at (401) 709-4498.