UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | C.A. NO.: 05-006-T |
| | : | |
| RENLAC JAVIER | : | |

**NOTICE OF APPEAL**

NOW COMES the defendant, Renlac Javier, and hereby claims and notices an appeal, to the United States Court of Appeals for the First Circuit, from the Judgment of Conviction and Sentence imposed in the United States District Court, per Mr. Justice Torres, and entered herein on or about the 16th day of December, 2005.

Defendant,
RENLAC JAVIER,
By his Attorney,

Damon D'Ambrosio (#3581)
160 Plainfield Street
Providence, RI 02909
(401) 709-4651
Fax: (401) 709-4498

**CERTIFICATION**

I hereby certify that on this the 21st day of December, 2005, I served a true and correct copy of the within Notice of Appeal upon Zechariah Chafee, Esquire (AUSA), Office of the United States Attorney, 50 Fleet Center, 8th Floor, Providence, RI 02903, by regular mail, postage prepaid.