05-CR-06T

# United States Court of Appeals
## For the First Circuit

No. 06-1099

UNITED STATES

Appellee

v.

RANLEC VLADIMIR JAVIER

Defendant - Appellant

**ORDER OF COURT**
**Pursuant to 1st Cir. R. 27.0(d)**
**Entered: January 22, 2007**

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: Date: 1/22/07

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Margaret Carter, Chief Deputy Clerk

[Certified copies: Hon. Ernest C. Torres and David DiMarzio, USDC Clerk ]

[cc: Ranlec Vladimir Javier, Zechariah Chafee, AUSA, Donald Lockhart, AUSA ]