UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 05-06

RANLEC VLADIMIR JAVIER

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**

Defendant's financial affidavit with an attached prison trust account statement has been referred to this Court by the Court of Appeals to be treated as a motion to proceed in forma pauperis.

Defendant's motion to proceed in forma pauperis is hereby GRANTED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 2/28/07