CR: 05-6
J. Torres

# United States Court of Appeals
## For the First Circuit

No. 06-1099

UNITED STATES,

Appellee,

v.

RANLEC VLADIMIR JAVIER,

Defendant, Appellant.

**JUDGMENT**

Entered: August 3, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Ranlec Vladimir Javier's sentence is affirmed.

Certified and Issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: AUG 24 2007

By the Court:
RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. D'Ambosio, Mr. Chafee, & Mr. Lockhart.]